IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROYSTON F. MORGAN,　　　　　　　　　　　No. 3:19-cv-00270-SB

          Plaintiff,

v.

TRADER JOE'S,　　　　　　　　　　　　　　ORDER

          Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#7) on April 3, 2019, in which she recommends that this Court dismiss the Complaint with leave to amend. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find

1 - ORDER

no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [7]. Accordingly, the Complaint is dismissed with leave to file an amended pleading within thirty (30) days. Failure to timely file an amended complaint curing the noted deficiencies will result in dismissal of the case with prejudice.

IT IS SO ORDERED.

DATED this 26 day of April, 2019.

MARCO A. HERNANDEZ
United States District Judge